UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                             :

UNITED STATES OF AMERICA          :

                       :         25cr502-2(DLC)

         -v-                     :

                       :          ORDER

CARLOS GAGOT,                :

                       :

               Defendant.    :

                       :

----------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the

defendant's request for a bail modification is scheduled for

January 9, 2026 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:     New York, New York
           January 6, 2026

                                _____
                                     DENISE COTE
                         United States District Judge