UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                        :

UNITED STATES OF AMERICA           :         25cr502-2(DLC)

         -v-                :

                                   :           ORDER

CARLOS GAGOT,                  :

                          :

                   Defendant.    :

                                   :

------------------------------------ X

DENISE COTE, District Judge:

As stated on the record at the January 9, 2026 conference regarding the defendant's conditions of bail, it is hereby

ORDERED the defendant's conditions of bail are modified to permit mobile employment under home detention with the defendant to provide as much advance notice to Pretrial Services regarding his work schedule as possible.

IT IS FURTHER ORDERED that, at Pretrial's discretion, the defendant may partake in a social activity with his daughter once a week with advance notice to Pretrial and verification of such activity.

Dated:    New York, New York
           January 9, 2026

                                  _____
                                    DENISE COTE
                        United States District Judge