UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :          25cr502-2(DLC)
          -v-                            :
                                         :             ORDER
CARLOS GAGOT,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     Having received the Government's letter of April 30, 2026,

it is hereby

     ORDERED that the pretrial submission schedule is adjusted.

Any expert disclosures, Rule 404(b) motions and motions in limine

shall be filed by **May 15, 2026**; opposition shall be filed by **May

22, 2026.**  Any written Voir Dire requests, Requests to Charge or

Trial Memorandum, shall be filed by **May 15.**  Two courtesy copies

shall be delivered by counsel to Chambers on the same day.

     IT IS FURTHER ORDERED that a change of plea conference is

scheduled for May 8, 2026 at 11:00 AM in Courtroom 18B, 500 Pearl

Street.

Dated:    New York, New York
          April 30, 2026

                              _____
                              DENISE COTE
                              United States District Judge