UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
                                 :

UNITED STATES OF AMERICA            :

                -v-                 :        25cr502-2(DLC)

                                   :          <u>ORDER</u>

CARLOS GAGOT,              ʹ     :

                                   :

                Defendant.    :

                                   :

------------------------------------------ X

DENISE COTE, District Judge:

Having received the Government's letter of May 14, 2026, it is hereby

ORDERED that the sentencing in this matter is adjourned from August 7 to **August 19, 2026 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **August 7** and the Government's response shall be due **August 14**.  At the time the submissions are due, counsel shall provide a courtesy copy to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           May 15, 2026

                              _____
                                 DENISE COTE
                     United States District Judge