Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 5, 2026

**Via ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Granted.
Denise Cote
10/6/26

**Re.** **United States v. Carlos Gagot**
**25 Cr. 502 (DLC)**

Dear Judge Cote:

I write to respectfully request that the Court permit Pretrial Services to remove Mr. Gagot's location monitoring equipment on Thursday, October 8, 2026. The Government has no objection to this request.

Mr. Gagot has been ordered to surrender to his designated facility on October 9, 2026 to begin serving his sentence. So that Pretrial Services can retrieve the location monitoring equipment before Mr. Gagot's surrender to Bureau of Prisons custody, Pretrial Services has asked defense counsel to request that the Court permit the removal of this equipment on October 8, 2026.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record